158 A.3d 70

COMMONWEALTH of Pennsylvania, Petitioner

v.

Robert UPSHAW, Respondent

No. 36 EAL 2016

Supreme Court of Pennsylvania.

September 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue and Justice Mundy did not participate in the consideration or decision of this matter.